UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ALEXANDER HERNANDEZ,

      Plaintiff,

v.

BRELEX RENTALS INC.,
AQUA LINEN COMMERCIAL LAUNDRY LLC,
BRELEX EVENT RENTALS CORP.,
DAVID GANDARA,

      Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, ALEXANDER HERNANDEZ, brings this action against Defendants, BRELEX RENTALS INC., AQUA LINEN COMMERCIAL LAUNDRY LLC, BRELEX EVENT RENTALS CORP. and DAVID GANDARA, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff ALEXANDER HERNANDEZ was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, BRELEX RENTALS INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of party rentals, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5

4.      At all times material hereto, Defendant, AQUA LINEN COMMERCIAL LAUNDRY LLC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of laundry cleaning services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.      At all times material hereto, Defendant, BRELEX EVENT RENTALS CORP., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of party rentals, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

6.      Defendants, BRELEX RENTALS INC., AQUA LINEN COMMERCIAL LAUNDRY LLC, and BRELEX EVENT RENTALS CORP., are a single enterprise under the Fair Labor Standards Act, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more.

7.      Defendants, BRELEX RENTALS INC., AQUA LINEN COMMERCIAL LAUNDRY LLC, and BRELEX EVENT RENTALS CORP., were joint employers of Plaintiff under the Fair Labor Standards Act, shared Plaintiff's services, had Plaintiff acting in the interest of each business, and shared common control of Plaintiff.

8.       Defendant DAVID GANDARA is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, BRELEX RENTALS INC.; said Defendant acted and acts directly in the interests of Defendant, BRELEX RENTALS INC., in relation to said co-Defendant's employees. Defendant effectively dominates BRELEX RENTALS

INC. administratively and otherwise acts, and has the power to act, on behalf of the corporation relative its employees and had the authority to direct and control the work of others. Thus, DAVID GANDARA was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

9. Defendant DAVID GANDARA was, and now is, the managing agent, director and/or owner of Defendant, AQUA LINEN COMMERCIAL LAUNDRY LLC; said Defendant acted and acts directly in the interests of Defendant, AQUA LINEN COMMERCIAL LAUNDRY LLC, in relation to said co-Defendant's employees. Defendant effectively dominates AQUA LINEN COMMERCIAL LAUNDRY LLC administratively and otherwise acts, and has the power to act, on behalf of the corporation relative its employees and had the authority to direct and control the work of others. Thus, DAVID GANDARA was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

10. Defendant DAVID GANDARA was, and now is, the managing agent, director and/or owner of Defendant, BRELEX EVENT RENTALS CORP.; said Defendant acted and acts directly in the interests of Defendant, BRELEX EVENT RENTALS CORP., in relation to said co-Defendant's employees. Defendant effectively dominates BRELEX EVENT RENTALS CORP. administratively and otherwise acts, and has the power to act, on behalf of the corporation relative its employees and had the authority to direct and control the work of others. Thus, DAVID GANDARA was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

11. In justifiable reliance upon Defendants' representations and promises, Plaintiff accepted employment and began working for Defendants as a driver.

12. Defendants failed to pay Plaintiff the full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all hours worked over 40 each week.

13. Plaintiff has attached a Statements of Claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

14. Defendants have knowingly and willfully refused to pay Plaintiffs their legally-entitled wages.

15. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

16. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

17. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-16 above.

18. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

19. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791